UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-9 |
| | ) | (Phillips) |
| KENNETH BRIDGES | ) | |

## ORDER

Upon the government's motion [Doc. 24], the indictment filed on February 1, 2005, in this case is **DISMISSED**.

**ENTER:**

                                         s/ Thomas W. Phillips
                                       United States District Judge